```
                           United States Bankruptcy Court
                                 District of Nevada

In re:                                                              Case No. 20-50301-btb
STEVEN MAYFIELD                                                     Chapter 7
TABITHA MARIEJACQUELINE MAYFIELD
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0978-3          User: admin                 Page 1 of 2                  Date Rcvd: Jun 16, 2020
                              Form ID: 318                Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
db/jdb         +STEVEN MAYFIELD,    TABITHA MARIEJACQUELINE MAYFIELD,    413 GOMEZ CT.,   SPARKS, NV 89431-5414
aty            +NICHOLAS M. WAJDA,   LAW OFFICE OF NICHOLAS M WAJDA,    871 CORONADO CENTER DR., STE. 200,
                 HENDERSON, NV 89052-3977
tr            ++CHRISTOPHER BURKE,   702 PLUMAS STREET,    RENO NV 89509-1734
                 (address filed with court: CHRISTOPHER P. BURKE,    702 PLUMAS STREET,   RENO, NV  89509)
11112006       +Bureaus Investment Group Portfolio No 15,   650 DUNDEE ROAD Ste 370,
                 Northbrook, IL 60062-2757
11112025      ++FIRST SAVINGS BANK,   PO BOX 5096,   SIOUX FALLS SD 57117-5096
                 (address filed with court: First Savings Credit Card,    500 East 60th St North,
                 Sioux Falls, SD 57104)
11112027        FMS Inc,   PO Box 707600,   Skiatook, OK 74070-7600
11112020       +FedLoan Servicing,   Attn: Bankruptcy,    Po Box 69184,   Harrisburg, PA 17106-9184
11112019       +FedLoan Servicing,   Pob 60610,   Harrisburg, PA 17106-0610
11112021       +First Nataional Bank/Legacy,   500 East 60th St North,    Sioux Falls, SD 57104-0478
11112022       +First Nataional Bank/Legacy,   Attn: Bankruptcy,    Po Box 5097,   Sioux Falls, SD 57117-5097
11112026       +First Savings Credit Card,   Attn: Bankruptcy Department,    Po Box 5019,
                 Sioux Falls, SD 57117-5019
11112028        Genesis FS Card Services,   PO Box 23026,    Columbus, GA 31902-3026
11112030       +McCarthy Burgess & Wolfe Inc,   26000 Cannon Rd.,    Bedford, OH 44146-1807
11112033        Midland Credit Management Inc,   PO BOX 301030,    Los Angeles, CA 90030-1030
11112035       +Prime Acceptance Corp,   Attn: Bankruptcy,    Po Box 768,   Sandy, UT 84091-0768
11112037        Rushmore Service Center,   P.O. Box 5508,    Sioux Falls, SD 57117-5508
11112039       +Santander Consumer USA,   Attn: Bankruptcy,    10-64-38-Fd7   601 Penn St,
                 Reading, PA 19601-3544
11112038       +Santander Consumer USA,   Po Box  961211,    Fort Worth, TX 76161-0211
11112040       +Sequium Asset Solutions, LLC,   1130 Northchase Parkway, Ste 150,    Marietta, GA 30067-6429
11112041        Stoneleigh Recovery Assoc., LLC,    P.O. Box 1479,   Lombard, IL 60148-8479
11112051       +Verve/Mastercard,   PO Box 31292,   Tampa, FL 33631-3292

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: BCBURKE Jun 17 2020 08:23:00      CHRISTOPHER P. BURKE,   702 PLUMAS STREET,
                 RENO, NV  89509
ust            +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Jun 17 2020 04:41:57     U.S. TRUSTEE - RN - 7,
                 300 BOOTH STREET, STE 3009,   RENO, NV 89509-1362
11112003        +EDI: GMACFS.COM Jun 17 2020 08:18:00      Ally Financial,   Attn: Bankruptcy,   Po Box 380901,
                 Bloomington, MN 55438-0901
11112002        +EDI: GMACFS.COM Jun 17 2020 08:18:00      Ally Financial,   P.o. Box 380901,
                 Bloomington, MN 55438-0901
11112004         EDI: BANKAMER.COM Jun 17 2020 08:23:00      Bank of America,   Po Box 982238,
                 El Paso, TX 79998
11112005        +EDI: BANKAMER.COM Jun 17 2020 08:23:00      Bank of America,   4909 Savarese Circle,
                 Fl1-908-01-50,   Tampa, FL 33634-2413
11112007        +EDI: CAPITALONE.COM Jun 17 2020 08:23:00      Capital One,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
11112008        +EDI: CAPITALONE.COM Jun 17 2020 08:23:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
11112009        +EDI: CAPITALONE.COM Jun 17 2020 08:23:00      Capital One/walmart,   Po Box 30281,
                 Salt Lake City, UT 84130-0281
11112011        +EDI: CITICORP.COM Jun 17 2020 08:23:00      Citibank/Exxon Mobile,   Attn: Bankruptcy,
                 Po Box 790034,   St Louis, MO 63179-0034
11112010        +EDI: CITICORP.COM Jun 17 2020 08:23:00      Citibank/Exxon Mobile,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
11112012        +E-mail/Text: mediamanagers@clientservices.com Jun 17 2020 04:41:29     Client Services, Inc.,
                 3451 Harry S. Truman Blvd.,   Saint Charles, MO 63301-9816
11112013         EDI: WFNNB.COM Jun 17 2020 08:23:00      Comenity - Express,   PO Box 182789,
                 Columbus, OH 43218-2789
11112014         EDI: WFNNB.COM Jun 17 2020 08:23:00      Comenity Bank - Carson's,   P.O. Box 659813,
                 San Antonio, TX 78265-9113
11112015        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 17 2020 04:51:05     Credit One Bank,
                 Po Box 98872,   Las Vegas, NV 89193-8872
11112016        +E-mail/PDF: creditonebknotifications@resurgent.com Jun 17 2020 04:51:28     Credit One Bank,
                 Attn: Bankruptcy Department,   Po Box 98873,   Las Vegas, NV 89193-8873
11112018        +E-mail/Text: compliance@dontbebroke.com Jun 17 2020 04:42:43     Dollar Loan Center,
                 Attn: Bankruptcy,   8860 West Sunset Road,   Las Vegas, NV 89148-4899
11112017        +E-mail/Text: compliance@dontbebroke.com Jun 17 2020 04:42:43     Dollar Loan Center,
                 6122 W Sahara Ave,   Las Vegas, NV 89146-3051
11112024        +EDI: AMINFOFP.COM Jun 17 2020 08:23:00      First PREMIER Bank,   Attn: Bankruptcy,
                 Po Box 5524,   Sioux Falls, SD 57117-5524
11112023        +EDI: AMINFOFP.COM Jun 17 2020 08:23:00      First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
11112029         E-mail/Text: BKRMailOPS@weltman.com Jun 17 2020 04:41:53     Kay Jewelers,   P.O. Box 740425,
                 Cincinnati, OH 45274-0425
```

```
District/off: 0978-3          User: admin                 Page 2 of 2              Date Rcvd: Jun 16, 2020
                              Form ID: 318                Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
11112032       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 17 2020 04:51:04
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
11112031       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 17 2020 04:51:26
                 Merrick Bank/CardWorks,    Po Box 9201,    Old Bethpage, NY 11804-9001
11112116       +EDI: PRA.COM Jun 17 2020 08:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
11112034       +E-mail/Text: bknotice@primeautoloan.com Jun 17 2020 04:42:39       Prime Acceptance Corp,
                 7927 S. High Point Pkwy,    Sandy, UT 84094-5579
11112036       +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 04:51:09
                 Resurgent Capital Services,    P.O. Box 10525,    Greenville, SC 29603-0525
11112042        EDI: RMSC.COM Jun 17 2020 08:23:00      Synchrony - Chevron,    Attn: Chevron Card Service,
                 P.O. Box 530950,    Atlanta, GA 30353-0950
11112043       +EDI: RMSC.COM Jun 17 2020 08:23:00      Synchrony Bank,    200 Crossing Blvd,
                 Bridgewater, NJ 08807-2861
11112045       +EDI: RMSC.COM Jun 17 2020 08:23:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
11112044       +EDI: RMSC.COM Jun 17 2020 08:23:00      Synchrony Bank/ JC Penneys,    Po Box 965007,
                 Orlando, FL 32896-5007
11112046       +EDI: RMSC.COM Jun 17 2020 08:23:00      Synchrony Bank/Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
11112048       +EDI: RMSC.COM Jun 17 2020 08:23:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
11112047       +EDI: RMSC.COM Jun 17 2020 08:23:00      Synchrony Bank/Care Credit,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
11112050       +EDI: RMSC.COM Jun 17 2020 08:23:00      Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
11112049       +EDI: RMSC.COM Jun 17 2020 08:23:00      Synchrony Bank/Sams,    Po Box 965005,
                 Orlando, FL 32896-5005
                                                                                               TOTAL: 35

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA RECEIVABLES MANAGEMENT, LLC,   PO BOX 41021,   NORFOLK, VA 23541-1021
                                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2020 at the address(es) listed below:
```
              CHRISTOPHER P. BURKE    TRUSTEECBURKE@CHARTER.NET, NV35@ecfcbis.com
              NICHOLAS M. WAJDA    on behalf of Debtor STEVEN   MAYFIELD nick@wajdalawgroup.com,
               r47098@notify.bestcase.com
              NICHOLAS M. WAJDA    on behalf of Joint Debtor TABITHA MARIEJACQUELINE MAYFIELD
               nick@wajdalawgroup.com, r47098@notify.bestcase.com
              U.S. TRUSTEE - RN - 7    USTPRegion17.RE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **STEVEN MAYFIELD** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx–xx–9061** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **TABITHA MARIEJACQUELINE MAYFIELD** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx–xx–0944** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Nevada** | | |
| Case number:  **20–50301–btb** | | |

## Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

STEVEN MAYFIELD  
dba STEVEN MAYFIELD

TABITHA MARIEJACQUELINE MAYFIELD  
dba TABITHA MAYFIELD, fka TABITHA HALE

6/16/20

**By the court:**    Mary A. Schott  
                                  Clerk of Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**